# Exhibit B

# AFFIDAVIT OF MR. MEHDI MAKKI

I, Mehdi Makki, do depose and state under the penalty of perjury, the following:

1. I, Mehdi Makki

2. I have personal knowledge of the facts alleged herein.

3. I am competent and able to testify if called to do so.

4. I am the brother of Mohamad Makki, a Defendant in case no. 19-20176-2, here in the Eastern District of Michigan.

5. I am aware that there were discussions in that case about an amount that was transferred into my mother's bank account.

6. That amount was $450,000.

7. The transfer, as I understood it, was done with the full knowledge and understanding of the government, through its attorneys on my brother's case, at the time.

8. Attached at Exhibit A, Bank Records, are bank statements from my mother's bank account.

9. The monies withdrawn during the period was used for payments except which $1,500 are still available.

10. I hereby swear that that report, attached at Exhibit B, is true and accurate to the best of my knowledge.

11. Over the course of several months, the respective amount withdrawn out of my mother's account and put it into my account, and paid the expenses listed on the expense report (Exhibit B) from my account.

12. An additional $10,000 was paid to Ayad Law, PLLC for its services in my brother Mohamed's legal case.

13. I am sorry that it took so long to collect these documents. I suffer from a slight mental deficiency and my brother was helping take care of me when he was not in custody.

14. I am confident in my brother, Mohamed's, character that he will not betray my uncle and shame our family by attempting to flee justice.

15. I also vow to do everything in my power to ensure that my brother, Mohamed Makki, appears at all future hearings.

16. I will be in Court on Monday, January 13, 2020 to attest to the veracity of this affidavit.

FURTHER AFFIANT SAYETH NOT

Dated this _Jan_ day of _11_ 20_20_.

_____
(Signature of Affiant)

_MAKKI, Mehdi_
(Printed name of Affiant)

# Exhibit A

 **Citizens Bank**

1-877-242-7837

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

US102 BR828

MACHAAL DIB-CHAHROUR
2021 N GULLEY RD
DEARBORN HEIGHTS MI   48127-3439

Checking Account Statement

 OF 1

Beginning June 03, 2019
through June 17, 2019

## Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | .00 |
| Checks | .00 - |
| Withdrawals & Debits | .00 - |
| Deposits & Credits | 450,080.00 + |
| **Current Balance** | 450,080.00 = |

MACHAAL DIB-CHAHROUR
TTEE FOR TARIK MAKKI
**One Deposit Checking**
453351-250-9

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account before the end of your statement period.
Your account had at least 1 deposit posted during this statement period.
Your next statement period will end on July 16, 2019.

Previous Balance
.00

### TRANSACTION DETAILS

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 06/03 | 80.00 | Deposit |
| 06/07 | 450,000.00 | Deposit |

Total Deposits & Credits
450,080.00

Current Balance
450,080.00

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/03 | 80.00 | 06/07 | 450,080.00 | | |

### NEWS FROM CITIZENS

--Saving can be easier than you think! With small changes in your spending, your savings can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense) could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch a few times a week and set up an automatic transfer to your savings for the amount you saved and watch your savings add up! For more information visit a branch or call 888-821-3900. Member FDIC.
--Still writing checks for your bills? Try Bill Pay through Online Banking to quickly and easily pay your bills and manage your accounts. Plus, view check images in Online Banking as soon as they are paid to stay on top of your finances.

Member FDIC   Equal Housing Lender

 **Citizens Bank**

**1-877-242-7837**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

US102  BR828

MACHAAL DIB-CHAHROUR
2021 N GULLEY RD
DEARBORN HEIGHTS MI   48127-3439

Checking Account Statement

 OF  1

Beginning June 18, 2019
through July 16, 2019

---

## Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 450,080.00 |
| Checks | .00 - |
| Withdrawals & Debits | 15,019.99 - |
| Deposits & Credits | .00 + |
| **Current Balance** | **435,060.01 =** |

MACHAAL DIB-CHAHROUR
TTEE FOR TARIK MAKKI
**One Deposit Checking**
453351-250-9

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account before the end of your statement period.
Your next statement period will end on August 15, 2019.

Previous Balance
450,080.00

### TRANSACTION DETAILS
**Withdrawals & Debits**

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 06/21 | 15,010.00 | Withdrawal |
| 07/16 | 9.99 | Monthly Maintenance Fee |

Total Withdrawals & Debits
15,019.99

Current Balance
435,060.01

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/21 | 435,070.00 | 07/16 | 435,060.01 | | |

### NEWS FROM CITIZENS

--Why wait for a statement to see your banking activity? Download our Mobile Banking App today to manage your money when it is convenient for you. *Wireless carrier charges may apply.
--Saving can be easier than you think! With small changes in your spending, your savings can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense) could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch a few times a week and set up an automatic transfer to your savings for the amount you saved and watch your savings add up! For more information visit a branch or call 888-821-3900. Member FDIC.

Member FDIC  Equal Housing Lender

 **Citizens Bank**

1-877-242-7837

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

US102 BR828

MACHAAL DIB-CHAHROUR
2021 N GULLEY RD
DEARBORN HEIGHTS MI   48127-3439

**Checking Account Statement**

 **1** OF 2

Beginning July 17, 2019
through August 15, 2019

---

## Checking

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 435,060.01 |
| Checks | 5,000.00 - |
| Withdrawals & Debits | 11,719.72 - |
| Deposits & Credits | .00 + |
| **Current Balance** | **418,340.29 =** |

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account before the end of your statement period.
Your next statement period will end on September 17, 2019.

MACHAAL DIB-CHAHROUR
TTEE FOR TARIK MAKKI
**One Deposit Checking**
453351-250-9

Previous Balance
435,060.01

**TRANSACTION DETAILS**

**Checks** * *There is a break in check sequence*

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 4212991 | 5,000.00 | 08/05 | | | |

Total Checks
5,000.00

**Withdrawals & Debits**

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 08/01 | 8,010.00 | Withdrawal |
| 08/12 | 500.00 | Chase Credit Crd Epay 190810 4248264509 |
| 08/12 | 85.00 | Chase Credit Crd Epay 190810 4248263369 |
| 08/13 | 1,137.76 | Bmwfinancial Svs Bmwfs Pymt 190811 253789343 |
| 08/13 | 1,137.76 | Bmwfinancial Svs Bmwfs Pymt 190811 253789588 |
| 08/13 | 839.21 | Colonial Savings Colonial S 081319 0045003622 |
| 08/15 | 9.99 | Monthly Maintenance Fee |

Total Withdrawals & Debits
11,719.72

Current Balance
418,340.29

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/01 | 427,050.01 | 08/12 | 421,465.01 | 08/15 | 418,340.29 |
| 08/05 | 422,050.01 | 08/13 | 418,350.28 | | |

**NEWS FROM CITIZENS**

--Effective 10/5/2019, the Foreign Transaction fee for all debit card transactions made outside the United States and US Territories will be 3%. For any questions regarding this

Member FDIC   Equal Housing Lender

 **Citizens Bank**

1-877-242-7837

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**Checking Account Statement**

 OF 2

Beginning July 17, 2019
through August 15, 2019

*Checking continued from previous page*

MACHAAL DIB-CHAHROUR
TTEE FOR TARIK MAKKI
**One Deposit Checking**
453351-250-9

**NEWS FROM CITIZENS (continued)**

change, please contact us at the number on the back of your debit card.
--Saving can be easier than you think! With small changes in your spending, your savings can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense) could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch a few times a week and set up an automatic transfer to your savings for the amount you saved and watch your savings add up! For more information visit a branch or call 888-821-3900. Member FDIC.
--Still writing checks for your bills? Try Bill Pay through Online Banking to quickly and easily pay your bills and manage your accounts. Plus, view check images in Online Banking as soon as they are paid to stay on top of your finances.

Member FDIC  Equal Housing Lender

 **Citizens Bank**

**1-877-242-7837**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

US102 BR828

MACHAAL DIB-CHAHROUR
2021 N GULLEY RD
DEARBORN HEIGHTS MI   48127-3439

Checking Account Statement

  1  OF  2

Beginning August 16, 2019
through September 17, 2019

---

## Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 418,340.29 |
| Checks | .00 - |
| Withdrawals & Debits | 35,479.71 - |
| Deposits & Credits | .00 + |
| **Current Balance** | **382,860.58 =** |

MACHAAL DIB-CHAHROUR
TTEE FOR TARIK MAKKI
**One Deposit Checking**
453351-250-9

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account before the end of your statement period.
Your next statement period will end on October 16, 2019.

**Previous Balance**
418,340.29

### TRANSACTION DETAILS
**Withdrawals & Debits**

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 08/19 | 3,083.87 | Roundpoint MT S Roundpoint 190816 2003321557 |
| 08/23 | 11,010.00 | Withdrawal |
| 08/27 | 1,528.09 | Roundpoint MT S Roundpoint 190826 2003321557 |
| 09/03 | 900.00 | Chase Credit Crd Epay 190902 4280924074 |
| 09/03 | 500.00 | Chase Credit Crd Epay 190902 4280923064 |
| 09/10 | 5,000.00 | Withdrawal |
| 09/10 | 300.00 | Cardmember Serv Elect Pymt 190909 ***********0223 |
| 09/13 | 1,137.76 | Bmwfinancial Svs Bmwfs Pymt 190912 255284388 |
| 09/16 | 2,000.00 | Chase Credit Crd Epay 190913 4300765285 |
| 09/17 | 10,010.00 | Withdrawal |
| 09/17 | 9.99 | Monthly Maintenance Fee |

**Total Withdrawals & Debits**
35,479.71

**Current Balance**
382,860.58

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/19 | 415,256.42 | 09/03 | 401,318.33 | 09/16 | 392,880.57 |
| 08/23 | 404,246.42 | 09/10 | 396,018.33 | 09/17 | 382,860.58 |
| 08/27 | 402,718.33 | 09/13 | 394,880.57 | | |

### NEWS FROM CITIZENS

--Saving can be easier than you think! With small changes in your spending, your savings can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense) could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch a few times a week and set up an automatic transfer to your savings for the amount you saved and watch your savings add up! For more information visit a branch or call

Member FDIC  Equal Housing Lender

 **Citizens Bank**

1-877-242-7837

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

US102  BR828

MACHAAL  DIB-CHAHROUR
2021  N  GULLEY  RD
DEARBORN  HEIGHTS  MI    48127-3439

**Checking Account Statement**

 of  1

Beginning September 18, 2019
through October 16, 2019

## Checking

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 382,860.58 |
| Checks | .00 - |
| Withdrawals & Debits | 56,819.99 - |
| Deposits & Credits | .00 + |
| **Current Balance** | 326,040.59 = |

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account before the end of your statement period.
Your next statement period will end on November 18, 2019.

MACHAAL DIB-CHAHROUR
TTEE FOR TARIK MAKKI
**One Deposit Checking**
453351-250-9

**Previous Balance**
382,860.58

**TRANSACTION DETAILS**
**Withdrawals & Debits**
**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 09/23 | 300.00 | Chase Credit Crd Epay 190922 4313108749 |
| 10/04 | 55,510.00 | Withdrawal |
| 10/07 | 700.00 | Chase Credit Crd Epay 191003 4331199712 |
| 10/07 | 300.00 | Chase Credit Crd Epay 191003 4331201225 |
| 10/16 | 9.99 | Monthly Maintenance Fee |

**Total Withdrawals & Debits**
56,819.99

**Current Balance**
326,040.59

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/23 | 382,560.58 | 10/07 | 326,050.58 | 10/16 | 326,040.59 |
| 10/04 | 327,050.58 | | | | |

**NEWS FROM CITIZENS**

--Saving can be easier than you think!  With small changes in your spending, your savings can really add up!  Packing your lunch 3x per week vs. eating out (on average a $10 expense) could add up to $1,560 in savings at the end of one year.  Make a goal to pack your lunch a few times a week and set up an automatic transfer to your savings for the amount you saved and watch your savings add up!  For more information visit a branch or call 888-821-3900. Member FDIC.
--Still writing checks for your bills?  Try Bill Pay through Online Banking to quickly and easily pay your bills and manage your accounts. Plus, view check images in Online Banking as soon as they are paid to stay on top of your finances.

Member FDIC    Equal Housing Lender

 **Citizens Bank**

Checking Account Statement

1-877-242-7837

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

 1 OF 1

Beginning October 17, 2019 through November 18, 2019

US102 BR828

MACHAAL DIB-CHAHROUR
2021 N GULLEY RD
DEARBORN HEIGHTS MI 48127-3439

## Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 326,040.59 |
| Checks | .00 - |
| Withdrawals & Debits | 7,830.52 - |
| Deposits & Credits | .00 + |
| **Current Balance** | 318,210.07 = |

MACHAAL DIB-CHAHROUR
TTEE FOR TARIK MAKKI
**One Deposit Checking**
453351-250-9

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted before the end of your statement period.
   No deposit made.

Your next statement period will end on December 16, 2019.

Previous Balance
326,040.59

### TRANSACTION DETAILS
**Withdrawals & Debits**

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 10/22 | 1,000.00 | Chase Credit Crd Epay 191021 4358850232 |
| 11/01 | 1,137.76 | Bmwfinancial Svs Bmwfs Pymt 191031 257758224 |
| 11/05 | 27.25 | Deluxe Check Check/Acc. 191101 |
| 11/08 | 5,467.60 | Safeco Ins. CO. Tel Paymnt 191108 72113113148 |
| 11/18 | 187.92 | Huntington Card Payment 191118 C 98334975 |
| 11/18 | 9.99 | Monthly Maintenance Fee |

Total Withdrawals & Debits
7,830.52

Current Balance
318,210.07

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/22 | 325,040.59 | 11/05 | 323,875.58 | 11/18 | 318,210.07 |
| 11/01 | 323,902.83 | 11/08 | 318,407.98 | | |

### NEWS FROM CITIZENS

--Saving can be easier than you think! With small changes in your spending, your savings can really add up! Packing your lunch 3x per week vs. eating out (on average a $10 expense) could add up to $1,560 in savings at the end of one year. Make a goal to pack your lunch a few times a week and set up an automatic transfer to your savings for the amount you saved and watch your savings add up! For more information visit a branch or call 888-821-3900. Member FDIC.
--Why wait for a statement to see your banking activity? Download our Mobile Banking App today to manage your money when it is convenient for you. *Wireless carrier charges may apply.

Member FDIC   Equal Housing Lender

**Docket Text:**
Minute Entry for proceedings before District Judge Linda V. Parker: Nebbia Hearing on 12/18/2019, as to Mohamad Ali Makki. Disposition: Nebbia hearing continued until 1/13/20 at 11:00 am. Prior to the hearing, counsel for Defendant will provide to the Government and the Court (1) the documentation needed to trace the source of funds Mr. Wahid Makki used to purchase the commercial building he is offering to put up as collateral for Defendant's bond and (2) documentation tracing the $400,000 - $600,000 Defendant transferred to an account in his mother's name (e.g., the status of the account and the funds). The Government agrees not to act on its notice of intent to withdraw the Rule 11 Plea Agreement until counsel for Defendant and the Government meet and confer. (Court Reporter: Jodi Matthews) (Defendant Attorney: Jeffrey G. Collins, Mazen A. Ghaith, Nabih H. Ayad) (AUSA: Philip A. Ross) (RLou)

[2:19-cr-20176-LVP-EAS United States of America v. Makki et al](#)
**Status Conference** ( No document attached )

**Docket Text:**
Minute Entry for proceedings before District Judge Linda V. Parker: Status Conference as to Mohamad Ali Makki held on 12/18/2019.(Court Reporter: None Present, Not on the Record) (Defendant Attorney: Jeffrey G. Collins, Mazen A. Ghaith, Nabih H. Ayad) (AUSA: Philip A. Ross) (RLou)

# Exhibit B

## ACTIVITY

- 565        TMOBILE / TRAVEL / SECURUS
- 3475       WU > T.M.
- 1395       GROCERY/ WALMART / MEDS/ KROGER/ DAD
- 2030       TMOBILE/ GROCERY/ TRAVEL/ GAS
- 2820       DELTA/ MEDBILL/ PHARMACY / WIRELESS / GAS
- 1585       ACCOUNTANT / ALARM/ MISC
- 1085       LEGAL / WATER / RFS MIDLAND / SECURUS / CVS
- 915        SECURUS / WIRELESS / COMCAST / GAS
- 2000       SECURUS / DTE / GROCERY / WALGREENS
- 915        DTE / SECURUS / CORR LINKS / WALGREENS / MEDS
- 1650       GREENLAND / GAS / GROCERY
- 960        MEIJER / GROCERY / COMAST
- 1485       WIRELESS / CALL FWD / GREENLAND
- 19420      TAX X3 UNITS / COMCAST / TRAVEL / CALLS
- 1330       MEIJER / GROCERY / WATER BILL
- 2925       TAXES / DEED / BIN / ACOUNTANT /
- 5420       DIFFERED ACT
- 2550       WU > MOM >> LEB
- 300        WU > INMATE
- 1000       CREDIT CARD BILL
- 820        SEPT SECURUS / H20 WIRELESS / DTE
- 2025       AUG GAS / WALGREENS / BILLS
- 915        SECURUS / TRANSFERS
- 7500       PAYMENTS / CASH
- 5000       TRANSFERRED / COVER EXPENSES  / CASH
- 3000       MOM >> MEHDI
- 220        TRU  GREEN
- 1000       SHADIA
- 760        HUNT ACT
- 980        DISCOVER
- 1000       MAINTENCE / MEDICAL RELATED
- 2515       COLONIAL / 3 PAYMENTS X838
- 3174       PRIMELENDING
- 19470      CLOSING – HOUSE